

**AO-10 (WP)**
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)*

| 1. Person Reporting (Last name, first, middle initial) ALSUP, WILLIAM H. | 2. Court or Organization UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | 3. Date of Report 5/12/2005 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) ARTICLE III, ACTIVE | 5. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial __x__ Annual ___ Final | 6. Reporting Period 1/1/2004 TO 12/31/2004 |
|---|---|---|

| 7. Chambers or Office Address UNITED STATES DISTRICT COURT 450 Golden Gate Avenue San Francisco, California 94102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] **NONE** (No reportable positions.) | |
| | |
| | |
| | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| [X] **NONE** (No reportable agreements.) | |
| | |
| | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

[ ] **NONE** (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| 2004 | Yosemite Association (royalties from two books) (See Part VIIIA) | $ 358 (or less) |
| | | $ |
| | | $ |

**B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

[ ] **NONE** (No reportable non-investment income.)

| | |
|---|---|
| 2004 | Oakland Public School Teacher |
| | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| [X] NONE (No such reportable reimbursements.) | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [X] NONE (No such reportable gifts.) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [X] NONE (No reportable liabilities.) | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=25,000,001-50,000,000   P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| ALSUP, WILLIAM H. | 5/12/2005 |

## VII.  Page 1  INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children.  See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE  (No reportable income, | | | | | | | | | |
| CHARLES SCHWAB ACCOUNT (see note VIII) | | | | | | | | | |
| SCHWAB MONEY MKT FUND | B | INT. | M | T | | | | | |
| CD MBNA AMERICAN BANK | C | INT. | M | T | | | | | |
| CD BLOOMFIELD | C | INT. | M | T | | | | | |
| CD BANCO BIL V12 | B | INT. | | | MATURE | 8-23 | L | A | |
| CD FIRESIDE | C | INT. | L | T | | | | | |
| CD FLAGSTAR BANK | C | INT. | M | T | | | | | |
| CD ALEXANDRIA | C | INT. | L | T | | | | | |
| GNMA'S – COMBINED | A | INT. | K | T | | | | | |
| BOND – GRAND METRO | C | DIV. | | | CALLED | 11-16 | L | A | |
| BOSTON – PPTY INC. REIT | A | DIV. | L | T | | | | | |
| MACK CAL I REALTY | A | DIV. | M | T | | | | | |
| M FUND–DAVIS NY VENT. | B | DIV. | O | T | | | | | |
| SCHWAB S&P 500 | A | NONE | K | T | BUY | Many | K | | |
| MERRILL LYNCH ACCOUNT #1 | | | | | | | | | |
| CMA CA MUN. MONEY FND | A | INT. | K | T | | | | | |
| CAL PCF AUTH POLLUTION | B | INT. | L | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,00 ,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$25 ,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period<br>(1)<br>Amt. Code1<br>(A-H) | (2)<br>Type (e.g. div., rent or int.) | C.<br>Gross value at end of reporting period<br>(1)<br>Value Code2<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | D.<br>Transactions during reporting period<br>(1)<br>Type (e.g. buy, sell, merger, redemption) | (2)<br>Date: Month-Day | (3)<br>Value Code2<br>(J-P) | (4)<br>Gain Code1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 ML CAL MUNICIPAL BOND | D | INT. | M | T | | | | | |
| 19 VENTURA VAN. ANNUITY | A | NONE | M | T | | | | | Converted from ManuLife Annuity |
| 20 GRAND METRO DEV | A | INT. | | | CALLED | 11-16 | K | A | |
| 21 CD SUTTON BANK | B | INT. | L | T | | | | | |
| 22 CD FNB LAYTON | B | INT. | L | T | | | | | |
| 23 MERRILL LYNCH ACCOUNT #2 | | | | | | | | | |
| 23 ML READY ASSETS | A | INT. | K | T | | | | | |
| 24 AIM GBL HEALTH | A | DIV. | K | T | | | | | |
| 25 WACHOVIA ACCOUNT (PREV. PRUDENTIAL ACCOUNT) | | | | | | | | | |
| 26 CASH MGT TR OF AMERICA & SWEEP OPTION | B | INT. | M | T | | | | | |
| 27 RIVERSIDE UTILITIES | A | NONE | K | T | | | | | |
| 28 CALIFORNIA EDL | A | NONE | L | T | | | | | |
| 29 CALIFORNIA GEN. OB. | B | INT. | L | T | | | | | |
| 30 SAN DIEGO REDEV. | C | INT. | L | T | | | | | |
| 31 SAN FRANCISCO AIRPORT | B | INT. | K | T | | | | | |
| 32 ROCKLIN CERTIFICATE | A | INT. | K | T | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000<br>P4=More than $50,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII.  Page 3  INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| ☐  NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 33   LOS ANGELES CONVEN. | A | INT. | K | T | BUY | 1-15 | K | | |
| 34   AMERICAN BALANCE FUND | D | DIV. | N | T | | | | | |
| 35   CAPITAL WORLD GROWTH | A | DIV. | L | T | BUY | 9-10 | L | | |
| 36 BANK OF AMERICA ACCOUNT | C | INT. | L | T | | | | | |
| 37 FEDERAL CREDIT (PROVIDENT) | B | INT. | L | T | | | | | |
| 38 GENERAL MOTORS (SEE NOTE) | A | DIV. | J | T | INHERIT. | Dec. | | | |
| 39 WISCONSIN ENERGY (SEE NOTE) | A | DIV. | J | T | INHERIT. | Dec. | | | |
| 40 KIMBERLY CLARK | A | DIV. | K | T | INHERIT. | Dec. | | | |
| 41 DELPHI | A | NONE | J | T | INHERIT. | Dec. | | | |
| 42 NEENAN PAPER | A | NONE | J | T | INHERIT. | Dec. | | | |
| 43 | | | | | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

III (A) (1) – By prior agreement, half of the royalties go to my secretary who typed drafts while I was in private practice. The amount shown is my half.

VII – During 2004, the HR10 account was moved from Merrill Lynch to Charles Schwab.

VII – Last year, I was criticized for using the phrase "Cash and Money Funds," so this year I have tried to substitute the phrase used by the firm handling the account, but in all cases it is where we keep the cash that is not yet invested in a more permanent selection.

VII – The "inheritance" stocks come from ███████████ death; the estate is not really closed out yet but ██████ is the beneficial owner of half of the small estate so I went ahead and included it.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____████████████_____ Date ___5-12-05___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544